# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2038
LT Case Nos. 2019-CF-000880
2019-CF-000796
2019-CF-000471
2019-CF-000343
2019-CF-000459

———————————————

ANDRE E. WATKINS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Andre E. Watkins, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee and Pamela
J. Koller, Assistant Attorney General, Daytona Beach, for
Appellee.

December 26 , 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., MAKAR, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————